NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20001**

UNITED STATES OF AMERICA

     vs.

Criminal Number  NO 1:21-CR 510-(CKK)

Janet Buhler

*(Defendant)*

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA     ☒ RETAINED     ☐ FEDERAL PUBLIC DEFENDER

*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Brett L Tolman (8821)
*(Attorney & Bar ID Number)*

Tolman Group
*(Firm Name)*

13827 Sprague Lane
*(Street Address)*

Draper, UT 84020
*(City)          (State)          (Zip)*

801-824-2780
*(Telephone Number)*