IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:21-CR 510-(CKK) |
| | ) | |
| | ) | |
| | ) | |
| JANET BUHLER, DEFENDANT. | ) | |

**DECLARATION OF BRETT L. TOLMAN IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

I, Brett L. Tolman, hereby declare;

1. My name, office address, and telephone number are as follows:

   Brett L.Tolman,
   13827 Sprague Lane, Suite 220
   Draper UT. 84020
   801-639-9840

2. I have been admitted to the following courts and bars:

   Utah Bar #8821
   Arizona Bar #19613
   US Supreme Court
   US Federal District Court, District of Utah

3. I am currently in good standing with all states, courts, and bars in which I am admitted. I have never been subject to discipline, nor have been disciplined by any bar to which I am admitted or otherwise.

4. I have not been previously admitted *pro hac vice* in this Court, in the last two

1

    years, or otherwise.

5.      I do not have an office located within the District of Columbia.

6.      I declare that I am familiar with the local rules of this Court.

    I declare under penalty of perjury that the foregoing is true and correct.

\_\_\_\_/s/_____
Brett L. Tolman, Esquire