IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

UNITED STATES OF AMERICA,

v.                                        Case No. 1:21-cr-00510 (CKK)

JANET WEST BUHLER

_____

ATTACHMENT

## **Table of Contents**

Letters in Support of Janet Buhler attached:

1.  Blake Anderson
2.  Sheriff Todd Richardson
3.  Turtle Shelter Project
4.  Adlyn Bouck
5.  Amy Bouck
6.  Andrea Williams
7.  Ava Brady
8.  Barbara Jensen
9.  Cherish Arkoudas
10. Cherith Shiba
11. Craig Buhler
12. Francis Santa
13. Grace Shiba
14. Gracelyn NeVille
15. Jeffrey NeVille
16. John Stockton
17. Kassida Bouck
18. Lauren Arkoudas
19. Maggie Shiba
20. Megan Cannon
21. Megan Brady
22. PK Dallimore
23. Ramona Stirling
24. Rozlynn NeVille
25. Wendy Hurst Dallimore

Blake W. Anderson

909 S. 200 W.  #102

Salt Lake City, UT 84101

+1 (801)598-2748

Bblacob@outlook.com


To Whom It May Concern:


I'm writing on behalf of my mother, Janet Buhler and her character. I am the eldest of her three children and I am thirty-five years old.


I have experienced some hardships in my life. I cannot comprehend a world in which I would still be living without the support and guidance of my mother. I have reflected on the support she has given me through the last ten years. There is not a person more selfless than she. My two sisters and I have been her highest priority and she sacrificed so much for us.


When I was seventeen, my father moved to Arizona amid my parents' deteriorating marriage. My father was either unable or unwilling to fulfill any financial support. My mother began working and it required her to work four jobs in order to put food on the table and a roof over our head. She persevered, and many days she worked sixteen hours. She taught at the Salt Lake Community College, taught private music lessons, worked as a receptionist in a doctor's office and worked evenings at a retail store. She taught students for free who could not afford lessons because the family lost their income. One of her students went to college to study violin, and he didn't have a decent instrument to play so he is currently using her best violin. She has always developed a strong support and caring relationship with her students.


My mother saw to it that our every need was met. She continued our music lessons which was the only thing that remained the same from our previous life. She made sure I could go to the school dances even though she could barely afford it. We had to move from our house into a rental. It was the best she could afford for us.


Unfortunately, I began using illicit drugs, and the last ten years I have put my mother through untold worry and stress. She has spent so much money and time for several treatment programs and has not given up on me like my father and many others. I am finally on the path to recovery,

*Sheriff Todd Richardson* (Ret.)

3185 West 2400 North, Lehi Utah 84043  -  todd.m.richardson1@gmail.com – (801) 721-2288

To whom it may concern.

My name is Sheriff Todd Richardson.  I served the community of Davis County Utah for 23 years working for the Sheriff's Office.  The last eight of those years I served as the elected Sheriff of Davis County.

I have known Janet, and her family for over 20 years. Through those years I have seen many cases where she has contributed time and energy to differing causes to improve the safety and security of the community.  Thus, as a law enforcement leader in Davis County, I have only had positive interactions with Janet.  She is well known for being pro law and pro law enforcement. Janet lived close to me and as a neighbor for over 15 years. She has also been a supportive and helpful neighbor.  I have known Janet to take pride in whatever she is involved in. She is careful to do things well and perform them carefully so as not to offend anyone.  She is a long-time respected citizen and music teacher involved in teaching students individually, as well as at schools.

I have known Janet to be honest and direct when conversing. She has always expressed gratitude for any assistance given and I believe she is sincere in her attempt to correct her mistakes. For these reasons, I am willing to write this letter in reference to her character and persona.

When I read news reports involving Janet, I questioned the content knowing Janet's character. I have found the news to often be misleading, and I gave little credit to the stories.  I believed if there was truth to any of it, that there must have been a means presented to her that lead her in a path that caused question.

My interactions with Janet on a personal level have also all been positive. She is thoughtful and direct and, in my experience, has repeatedly shown respect for the law.  I have seen Janet deal with difficult circumstances with youth. She has always worked to ensure the youth she is involved with learn to be contributing citizens and stretch to reach their potential. Janet has been a positive influence in my own children's lives.

Knowing Janet, I understand she is attempting to apologize for her actions. That is exactly what I would expect from her. She will learn from the mistakes she makes and be better for having passed through them.

Should  you have any further question on this, please do not hesitate in contacting me directly.

Sincerely,

Sheriff Todd Richardson Ret.
Todd.M.Richardson1@gmail.com
(801) 721-2288



# Turtle Shelter Project
# Insulated Vests

Jen Spencer – Founder/Executive Director of the Turtle Shelter Project

Address: 811 South Main Street #11
              Layton, Utah 84041
Phone:    435-237-8892
Email:     Jennspencer5@gmail.com

To whom it may concern,

     Hello, my name is Jen Spencer. I am the founder and executive director of a non-profit organization called the Turtle Shelter Project. Our organization is a service project that produces foam insulated vests that help the members of our homeless community survive in cold weather. The technology we use is truly brilliant because a Turtle Shelter vest allows the wearer to stay warm in freezing conditions even if they get wet. This is helpful because being wet in the cold can be fatal. We make these by hand using volunteers' sewing and production skills in our community. Last year alone, we were able to produce 1000 vests to distribute to our homeless community along the Wasatch front and in Colorado. We rely heavily on the skills of volunteers with advanced sewing skills to meet our goal each year. Our vest production is done through service events hosted at least twice a week throughout Utah and Colorado and through volunteers sewing from home. Usually, our most advanced sewing is done from home by those with advanced sewing skills.

     I was contacted by Janet Buhler in August of 2021. She said that she had a degree in fashion design, taught at a local community college, and was moved by our mission. She said she wanted to volunteer her time and advanced sewing skills to help further our cause and help us reach our goal to have 1000 vests finished by winter. From day one, Janet has been such an incredible answer to my prayers and has become quite an asset to this project and our production team. She has such a huge heart, cares so much about helping others, and is really easy to get along with. Janet also has a passion for teaching and has been willing to come to many of our service events to teach people our process and supervise quality control. She is able to fix pretty much any problem, whether it be fixing sewing machines or fixing someone else's sewing mistake. We could not have met our goal last year without Janet. The hardest part of our production process requires advanced sewing skills. Janet was able to finish as many as 40 vests per week by sewing from home.
She also created an instruction manual to help volunteers know how to assemble the vests to help our mass production service events run a lot more smoothly.

Business phone: 801-872-3190
PO Box 382 Kaysville, UT  84037
Email: turtleshelterproject@gmail.com
Website: turtleshelterproject.org
A non-profit 501(c)(3) organization      Tax ID# 82-1035303



# Turtle Shelter Project
# Insulated Vests

The reason for my letter is that I want to stress how important Janet is to our organization. She is now our production manager and recently traveled with us to do an event in Colorado where we were able to sew 101 vests in just three days. We had over 278 volunteers helping us during that event, and Janet oversaw the whole thing. We could not have met that goal without her.

Starting in June, our vest process enters the phase of vests getting to the advanced sewing stage. Our goal this year has increased to 1500 vests that we need ready by October. We desperately need Janet to be available to help us meet that goal; one of the reasons is that Janet does not teach piano during the summer, so she is available and willing to come to every event we have, both day and night. She is also willing to do advanced sewing at home. She has a lot of experience in mass production, and we rely heavily on her talent and teaching experience at our events because of the advanced skills that are needed, and I don't know how to teach that level of sewing skill. Our service events are a lot of work and can sometimes have as many as 250 people and range anywhere from two hours to three days long. She helps us plan them and supervise them. Her sewing skills are very high quality, and you can tell that she really cares about making these vests look good because everyone who receives a vest cares about how they look. Her willingness to help us has been priceless, and I don't even know how to quantify how many hours she has put into selflessly serving our homeless community. She has freely donated all of her time and top-quality services, and I don't have adequate words to describe how grateful we are to have her on our team.

I want to thank the court for your time and consideration. Janet has expressed how deeply she regrets the bad decision she made. She has literally been sick about it for months. If she could go back and do it over, she would. I know that she has learned some valuable lessons from this experience that she will never forget. I plead with the court to have mercy on Janet. She is one of the kindest and most selfless people I have ever met and works so hard to help others learn and grow. She is truly one of my heroes.

If you have any questions, please don't hesitate to contact me.


Sincerely,

Jen Spencer



Business phone: 801-872-3190
PO Box 382 Kaysville, UT  84037
Email: turtleshelterproject@gmail.com
Website: turtleshelterproject.org
A non-profit 501(c)(3) organization      Tax ID# 82-1035303



# Turtle Shelter Project
# Insulated Vests

Business phone: 801-872-3190
PO Box 382 Kaysville, UT  84037
Email: turtleshelterproject@gmail.com
Website: turtleshelterproject.org
A non-profit 501(c)(3) organization     Tax ID# 82-1035303

Adlyn Bouck
1392 West 475 South
Farmington, UT 84025

801-425-9720
adlynbouck@gmail.com


To Whom it May Concern:

My name is Adlyn Bouck.  I have been a violin and piano student of Janet Buhler's for 13 years. Janet has been a positive influence in my life as both a friend, example, and a teacher.  I appreciate working with her as I develop my musical abilities.  Through her teaching, I have been able to share my love of the violin and teaching with others.  She has helped me with auditioning to several camps, choirs, and other music opportunities.  And, I'm sure that next year, she'll help with colleges.

Janet knows several well-known individuals all around Utah and beyond.  Yet, she work with me directly to help even beyond my own lessons.  She helps me so that I can help others.  She cares about me just like any true coach would.  She wants me to do my best and continue to build this talent.  I would hope that my lessons with Janet can be continued without interruption as I rely on her coaching in my classes and teaching.

Thank you for your time and consideration in Janet Buhler's behalf.  I am available to answer any further questions you may have on the facts in this letter, as necessary.

Sincerely,
Adlyn Bouck

Amy Bouck
1392 West 475 South
Farmington, UT 84025

801-230-2453
sabouck4@gmail.com

To Whom It May Concern:

My name is Amy Bouck. I have known Janet Buhler for 13 years. She has been my children's piano and violin teacher. I have come to know Janet as a very positive person. She is willing to help in any way she can. She has been a positive influence in all four of my children's lives. She has been very encouraging when my children have had anxieties over performing. She has given positive advice when we have questions about which direction we should go with their talents. My children have gotten high recommendations from Janet to participate in private orchestras, camps, and work with college professors. She has been very helpful in preparing them for auditions. She has their best interests in mind. As an example, she willingly has provided extra lessons to help prepare them.

Janet Buhler has always provided a positive environment for learning and developing individual talents. She has helped my children overcome fears by being a consistent person in their lives. She cares about them as individuals and as musicians. She is actively involved in helping with any needs that arise and builds upon the talents that they possess. She strives to help each achieve their full potential. She expects them to perform their best and be diligent in their progression, especially regarding music, but also any time they seek her input in personal ways as well.

Thank you for your time and consideration in Janet Buhler's behalf. I am available to answer any further questions you may have on the facts in this letter as necessary.

Sincerely,
Amy Bouck

Andrea Williams

958 Bridgecreek Lane

Layton, Ut 84041

801-725-1795

andreawilliams@live.com

To Whom It May Concern,

I am Andrea Williams.  I have known Janet Buhler for thirteen years. I first heard about Janet when I was looking for a piano teacher for my two youngest children.  As I asked around, Janet's name was offered up multiple times with rave reviews from mothers and children.  As I was able to sit in on all lessons she gave to my children, at least an hour every single week for 11 years, I was able to witness her patience and caring regardless of the situation.  As the years have passed we have developed a sweet friendship. I feel like I know Janet quite well now and I have the highest level of respect for her.  She has been a fantastic mentor and role model to my children and a voice of hope and reason to me as we have shared life experiences with each other.

I am happy to offer up this letter as I feel it a great privilege to cast a true light on Janet.  I believe the fact that she has spent literally thousands of hours listening to children and adults squeak through learning the violin and fumble through the piano while always remaining calm, cool, and loving says a lot about the kind of person she is.  Her students know she has expectations of them but at the same time, they are never chastised or made to feel inferior in anyway if mistakes are made or practicing has been less than stellar. Instead, she lovingly corrects and inspires them. I have never seen or heard of her losing her patience.

She does not ask anything of her students that she is not willing to do herself.  We all know it and respect her for it.  She is forever educating herself and improving her skills so she can teach her students.  She also gives many opportunities for them to grow in the love of art of music far beyond just playing notes.  She teaches them how to get in front of people and bless others' lives with their talents. She instills confidence and self-respect in them.  Janet used a well-known teaching method, but when she could see that it lacked some important tools, I watched her have the courage to tweak it and improve the method that others may have thought did not need tweaking.  This improved the skills of her students in great ways. I now have a granddaughter taking piano from her and I can clearly see how much these improvements have made in a person's abilities to learn and love music.  She also encouraged reading and doing well in school.

 She showed all of us what could be accomplished if a person cut out the frivolous things of life, like watching TV for hours on end, and instead, invested our time in things that would better our own lives and talents as well as better the world around us.  She shares her other ventures with us, also her struggles and successes.  I believe this has helped the youth to have courage to go after their dreams. She has now inspired three generations of my family, including a different daughter who did not take piano from her, but has also grown as they have shared life experiences with each other.

Janet has become not only a person I respect and admire but also a dear friend.  As I struggled with a son who was battling addictions she was kind and compassionate, she offered any help she could, and she readily shared anything she had learned through her wealth of interactions with so very many people in so very many places.  I have loved her influence on my youngest daughter who is African American.  My husband and I are Caucasian.  We adopted her as a baby.  Janet has embraced our daughter.  She has treated her with respect and dignity and opened her eyes up to the limitless possibilities she has for the taking.  Janet always believed in her and she knew it.  This made a great difference in her life.

Janet has been a friend to me, a light in my life, an example of perseverance and of what hard work can do in one's life.  I've heard it said that one of the greatest measures of character is when someone serves others while they are in the midst of their own equally, or even more difficult, challenges themselves.  I think this describes Janet perfectly.  She has improved our community, our schools, our neighborhoods, countless number of individual children and adult's lives, and any others who happen to cross her path for many years.  She is an asset to this community and to many individual lives, including mine.

Thank you for taking time to read my letter.  You are welcome to contact me anytime to confirm and/or clarify anything with which you may have a question. I am happy to be of any assistance.


Sincerely, Andrea Williams

**Character letter in behalf of Janet Buhler**

Barbara Jensen
10236 S. Ashley Park Dr
Sandy, UT 84093

801.831.4061

Barbara.Jensen@slcc.edu

To Whom It May Concern:

My name is Barbara Jensen.  I am from Sandy, Utah.  I am an adjunct professor at the Salt Lake Community College where I teach in the Fashion Institute program.

I have worked with Janet Buhler for the last five years until she was let go because of the January 6th event.  I regularly saw Janet every week at the college campus.  Janet is an irreplaceable member of the faculty.  Her knowledge of sewing and patternmaking is unparalleled.  The students will suffer the greatest loss from her absence.  Janet was by far the most knowledgeable and the most skillful teacher on the faculty.  She spent several weeks every year in fashion training courses and haute couture schools learning the latest and best skills in the fashion industry.  She did this training on her own dime.  She was always excited to bring back new things for the students to learn.

The students respected Janet a lot.  So many students were disappointed and there were many complaints that they would not to be able to take the Collection Development class from her. Several classes at the college including tailoring and hand embellishment will no longer be offered because there is no one that can teach those classes.

Janet really enjoyed helping the students.  When students couldn't afford supplies for the classes, she often donated tools and materials to help them.  One semester, a student needed extra help outside of class, and Janet tutored her one on one every week for the entire semester without compensation.  Another student was preparing for the final show and his wife had a baby that week.  Janet made two of the shirts he needed to finish his collection the night before the show. Janet was always encouraging to the students and accepting to all genders and orientations.  She has a way of getting the best out of her students.

The fashion program will go on, but it will not be what it was without Janet's skill.  Not only was she trained to such a high level, she was the only one on the faculty that had current industry knowledge to help the students start their own business or advise on how to apply for further education.

Janet kept her political opinions private, and it was surprising to find out that she was involved in January 6th.  It is disheartening to see how the story is being reported.  Janet is a good and kind person.  It's sad to see the that the consequences of this will be felt so greatly in the students and what they will miss out on.  Many of us feel that cancel culture has gone too far.

Thank you for your consideration

Barbara Jensen

Ava Brady

2781 West 1075 South Syracuse, UT 84075

385-239-5637

28abrady@go.dsdmail.net

To Whom It May Concern:

    My name is Ava Brady and I am a piano student of Janet Buhler. I am twelve years old and I have known Janet for most of my life. My aunt and uncle took piano lessons from her since before I was born. Ever since watching my aunt and uncle play I knew I wanted to play as well. I started taking lessons from Janet when I was 7 years old. I knew Janet was a great piano teacher so I wanted to learn from her.

    I am writing this letter to tell you how good of a person Janet is. I loved her as a person and as a teacher so I told some of our close friends about her and now they take piano from her too. Janet has given me more confidence in both piano and in my regular life. She pushes me to be better and I know she truly believes that I can be better with practice and confidence. Janet always asks how I am doing and I know she really means it and cares about me and my family. She always asks my mom how she is doing and if there is anything she can do to help her. I know Janet is an honest person and she wouldn't purposely do anything to harm or hurt anyone or anything.

    I want to thank the court for taking the time to read my letter. I want everyone to know how great Janet is. I am available to confirm the facts in this letter as necessary.


Sincerely,


Ava Brady

**and my mother takes time out of her schedule to attend family support meetings. Because of the recent events, my mom has lost almost half of her income and most of her remaining income these days goes to help me with my rehab, medication and rent, etc. It is a critical time in my recovery, and I need her continued and uninterrupted financial and emotional support.**

**The court of opinion has been very harsh, My mother has lost friends, jobs and students, and she continues to selfishly give to my sisters and me. I have been able to get back into school to finish my Associates degree. Unfortunately, my mother lost her job at the college she will now have to pay for my tuition out of her own pocket where she would have had my tuition paid for as a faculty member. She took on some extra work this fall to pay my tuition.**

**I thank the court for considering the kind of person my mother is and the essential person she is in my life and recovery right now. I have seen the media and reports about my mother. I am shocked at how inaccurate they are. She is a kind and caring person. This letter would be too long if I wrote all the good things she does for others. My mother is not a destructive person and takes no pleasure in destruction of property. In my life time, my mother has always had great respect for authority, has never been In trouble and has not been politically involved at all. Her involvement in Jan. 6 was a complete shock to me and very uncharacteristic of her gentle and introverted personality.**

Thanks to the Court once again for taking valuable time to read and consider the preceding information. I am able and happy to discuss or verify anything which may need clarification herein at your convenience.

Respectfully,

Blake W. Anderson

**From:** Cherish Arkoudas
**To:** Sarah Fiedler
**Subject:** Character Reference for Janet Buhler
**Date:** Sunday, February 6, 2022 11:29:49 AM

# To whom it may concern:

This letter is in regards to a character reference for Janet Buhler. I have known of Janet for more than a decade and have been personally acquainted with her closely for the last four years. Janet is one of the most talented women I've ever met. She shares her talent graciously and generously with everyone around her. Whether that is in teaching students, playing her beautiful music or coming to the rescue with last-minute alterations or creating beautiful pieces of clothing that are unique. The community as a whole has benefited from Janet Buehler being a part of it. Our family has been particularly blessed as my son married in to Janet's family two years ago. We have Janet in our home regularly and know her to be a person of integrity and sophistication.
Sincerely,
Cherish Arkoudas

--Cherish

**From:**     lauren anderson
**To:**       Sarah Fiedler
**Subject:**  Character reference for Janet Buhler
**Date:**     Sunday, February 6, 2022 12:01:47 PM

To whom it may concern,

I am Lauren Arkoudas, Janet's youngest daughter. I am 24 years old.

My mother is an incredible example of hard work. She spent a big part of my life working multiple jobs to take care of her kids. She has an impeccable work ethic. We always had what we needed. She put me in cello lessons very young and I am eternally grateful for that. She would take me to cello lessons every week and every day she would sit down with me to practice. I was able to go to summer music camps and improve my skills as a cellist. Her dedication to helping me improve my skill and teaching me to love it on my own eventually led me to becoming a cello performance major in college and I have a hopeful career in the music industry. She showed me every day what hard work was and that's been one of the greatest things I've learned from her. She has always been very passionate and driven. Whatever she sets her mind to, she goes for it 100%. She is a talented pianist and violinist. She has an incredible eye for fashion design and she is an amazing seamstress, and embroiderer. She is currently designing her own fashion line. This is something she has been wanting to do for a long time and I'm proud of her dedication. She has had many struggles starting her fashion line and she has not given up which is yet another great attribute of my mother.

I got married two years ago and I can definitely attribute a chunk of my marital happiness to my mother. She married my step dad when I was 7 years old and I've been able to see them work hard in their marriage. She is an incredible example of patience, love, honesty and service. Every day she strives for and continues to have a happy and healthy marriage of seventeen years with my stepdad.

She has been doing a service project for the last several months sewing hundreds of coats for the homeless.

I'm grateful for her hard work, determination and love. She has helped me succeed in many important aspects of my life.

Thank you for your time in reading this letter.

Sincerely,
Lauren Arkoudas

Cherith Shiba
887 Valley View Dr.
Fruit Heights, UT 84037
cherith@shibataekwondo.net

To whom it may concern:

My name is Cherith Shiba and I'm writing this letter in support of Janet Buhler's character from the perspective someone who has known her and has been in her home nearly every week for over 15 years.  Janet Buhler has instructed both of my girls in piano since before they were 5 years old and I have gotten to know her well and I consider her a friend as well as a respected instructor to my children.

Janet has had a profound and positive effect on both of my children. Grace who is 20 years old now, a full time Paramedic/ Firefighter sights lessons learned from Janet over 15 years of being her student as a large contributing factor for gaining the perseverance needed to get through Paramedic school and firefighter school.  As for my other daughter, Maggie who is 15, Janet is a consistent, caring, uplifting teacher who cares for Maggie as a person.  This has helped her through recent racial issues she has experienced at school.

Janet is the type of person that goes out of her way to hold piano recitals for her students at elderly facilities so that they may enjoy music during the holidays.  Janet is always working on projects to help others. When the pandemic hit and a grocery store worker asked where I got my masks that Janet had made, as her ears were hurting, I asked Janet and she made some that day to give to the grocery clerks.

Thank you for the opportunity to share just a few things that I know about Janet Buhler's character.  Feel free to contact me to verify or elaborate on any of my statements.

Sincerely,

Cherith Shiba

Dr. Craig Buhler, DC, FICC

1571 Leola St.
Kaysville, UT. 84037
(801)628-1878

drcraigbuhler@gmail.com

To Whom It May Concern:

My name is Craig Buhler, Janet Buhler's husband. I am a chiropractic physician for forty-three-years in Salt Lake City, Utah. I am the owner and director of two clinics, and I specialize in sports injuries and human performance. Over the course of my career I have worked with some of the best athletes and active people from all over the world. I was the team chiropractic physician for the NBA Utah Jazz for 24 years.

I met Janet at a seminar taught by her father, Dr. Henry West. Dr. West was one of the first chiropractic orthopedic diplomates and taught extensively throughout the world. Janet and I were both divorced and not looking for another relationship since we both had come out of very dysfunctional marriages. Janet's ex-husband was emotionally abusive to both her and her three children. The abuse left some deep scars in her two eldest children that they still struggle with today. Her son has struggled with self-esteem issues and drug addiction for years. He is finally in recovery. Her oldest daughter struggles with self-esteem issues and was sexually molested during the times Janet was working and is in therapy to help deal with abuse issues. With all they have been through, her son is in school finishing his Associates degree. Her oldest daughter received a scholarship to the Royal Welsh School of Music and Drama in Cardiff, wales. Her youngest daughter in has a music scholarship at the University of Utah.

Because her ex-husband was unwilling to support her and the children, she was forced to work four jobs in order to make ends meet. She worked at Dillard's, often working until nine p.m.  She taught at the Salt Lake Community College and she was a receptionist in a clinic.  Her sister, who lived around the block from Janet, would take care of the children until she got home from work at night working the job a Dillard's. Janet had all three of her children in music lessons from a very young age. She took on the fourth job to pay for their lessons.

Janet faced a major loss with the death of her second child at birth. To help deal with the pain she made and donated burial dresses to the U of U Neonatal department. She donated breast milk to a baby for five months because the baby was allergic to formula.

As a child Janet took violin and piano lessons and with her financial challenges in the divorce, she decided to become a Suzuki music teacher. She took all the required training to become certified and began teaching Suzuki Method piano and violin lessons. This allowed her to work from home and quit one of her other jobs and eventually two of her jobs.

Eventually she decided that if she was going to support herself and her children teaching music, she would have to become a Suzuki master teacher and so she began the process of getting a piano performance degree. She began her program at the University of Utah.  It took years of taking a few credits each semester to get close to graduation.

We began dating in 2004. Each time we were together it became clear to me that I was dating an amazing woman. The more I got to know her, the deeper I fell in love. I discovered the deep sensitivity and creative drive she has. It broke my heart that she had to work four jobs to support her children. Seeing her drive and sacrifice was inspiring. We were married in 2005 and she continued her schooling and teaching to help pay for her children's education. Our marriage dramatically reduced the financial stress she had been under and allowed her to focus more on her children and her music and fashion education.

Every day I live with Janet I find more things to support the fact that I am married to the most incredible women I have ever known. She has an intense drive to be the best she can be in everything she does. She is one class away from receiving her degree in music performance from the University of Utah. This is on top of the degree in fashion design she received from Brigham Young University years ago.

She took her children to many workshops. She elevated her education level and has traveled to Europe numerous times to take music master classes from top music professors from around the world. This she did in an effort to learn techniques to help improve her student's skills. She has studied fashion, tailoring, needle work and embellishment in Europe. Course work at Channel and the Royal School of needle work are some of the places she has studied. She has received international recognition in her needle work and has won multiple gold medals in national and international Taekwondo competitions at each of the belt levels. She has studied cooking at the Cordon Blue culinary school in Europe.

Janet is a kind, gentle, creative, insightful, caring, wise, compassionate, understanding, loving, talented, resourceful, tenacious, honest and loving Christian women. I have never known Janet to say or do anything to hurt another person and she does not do well with conflict or confrontation. Most of all, she is an amazing wife, mother and entrepreneur.

It humbles me to realize how many young lives she has touched through her gentle and committed influence as a teacher and mother. I have seen the pain she has experienced dealing with a drug addicted son that no matter what she has done to help him, he has been unwilling until six months ago, when he began his recovery program and now in school. The stress she has been under helping her son work towards recovery and other family issues with deaths in the family and other devastating issues.  More recently, I have seen her health suffer with all the stress and anxiety from family, legal, and business issues. She will need to actively work on a demanding medical program to regain her health.

I was shocked to find out Janet had an involvement in January 6th.  She went to Washington DC with my son in law to support honest elections.  She was caught up in the crowd and regrets the things that transpired and feels remorseful for being involve. It is so unlike my wife to do anything like this. She has never had any tendencies towards violence or destruction.  She has an interest in following politics but has never been a political activist.

Thank you for taking the time to consider the information in the letter to understand the type of person Janet Buhler is.  I can be reached by email or phone to verify or answer any questions.

Craig Buhler DC

Francis Santa
7700 Congress Ave #3107 Boca Raton, FL. 33487
(305) 967-3168
Fm.santa24@gmail.com


2/11/2022


To Whom It May Concern:


My name is Francis Santa of Boca Raton, Florida and I have had
the pleasure of knowing Mrs. Janet Buhler and her husband for
quite some time. This is a wonderful woman with a good heart and a
great family. I have always been impressed by her professionalism
and personal qualities. She has helped the homeless and has a
strong bond with her children and husband. She has also never had
any legal issues like this in the past. I am sure you are aware of
this.


Mrs. Buhler has been such a great inspiration to me personally and I
am honored to have the chance to write this letter for her. She
always achieves what she sets her mind to and has helped me have
the same ambitious mindset.


We all make some poor judgments in our lives. I know she regrets
what she has done because I personally have spent hours with her
on the phone hearing her sadness and remorse for what happened.
This is a life lesson to her. She is not a threat to the community in
my eyes and prison is no place for her. Please have Your Honor
have mercy on her.


I hope the court will take this letter into consideration and I thank
you for your time.


Sincerely,


*Francis Santa*

Gracelyn NeVille
1638 Leola Street Kaysville, UT 84037
801-678-1651
gracelynneville@yahoo.com

To whom it may concern:

My name is Gracelyn NeVille. My family has lived in the same neighborhood as Janet for the last 13 years. Over the years I have developed a close friendship with Janet and her husband, Craig. Janet has also taught four of my five daughters piano lessons. She has been in my home and has welcomed me in her home countless times as a family friend and as my daughters have attended piano lessons.

I am writing this letter because Janet has had a huge impact on my family, and she is a valuable asset to our community. Janet is one of the most hardworking, talented, and determined people I know. She is never content with just being mediocre. Whatever her new project or focus is, she is fully invested and works on improving that skill or talent until she meets her expectation of mastery.

But it isn't enough for her to just develop these talents, she uses these talents to bless the lives of those around her. Janet is an amazing seamstress. She has used this talent to teach many students at the Salt Lake Community College and to develop a clothing line. She has also used this skill to sew hundreds of winter vests to help keep the homeless warm and protected. She also shares her teaching talent and her knowledge in our Church as she teaches the women of our neighborhood twice a month.

One of Janet's talents that has specifically blessed my family is her love for music. She teaches violin and piano at her home. She has taught four of my daughters. Through this process, they have not only developed the talent of playing the piano, but they have learned life lessons from Janet. She has taught them to work hard and to never give up even though a piece may be difficult. She has shown great patience with them as she has helped them develop this talent. She has established friendships with my daughters. In fact, my oldest daughter, Rozlyn, would classify Janet as one of her greatest friends and a mentor. Janet taught her piano and organ until she left for college. But more importantly she has cared for Rozlyn's growth personally, as Janet has done for my other daughters. My ten-year-old daughter, came home from piano a few months ago and said, "Janet and I are friends." How many ten-year-old's feel that way about their piano teacher? It is truly an indication about how invested Janet is in her student's lives.

As I have watched Janet endure this judicial process, I have watched her become physically ill due to the worry and anxiety it has caused. Because her personality is non-confrontational and she has never had any desire to break the law, this is a very foreign and frightening process for her. It has been difficult to watch someone like Janet be vilified in the media and the mental toll it has taken on her.

Janet has been a wonderful friend to me. She may seem very reserved when you first meet her, but you will soon realize she is very open to candid conversation as you get to know her. Although she holds strong opinions about certain issues, she is non-confrontational and respects other's opinions. Because of her love of learning and her many life experiences, you always know you are going to learn something when you have a discussion with her. She always goes above and beyond what is expected whether it is preparing gifts (hand sewn pillowcases for all her students or cute gifts for friends), preparing a meal, or just her ability to teach and live a full life. She has been a tremendous example to me and my family.

I want to thank the court for giving me the opportunity to write my assessment of Janet and to allow me to express my gratitude for Janet and her influence she has had on me, my family, and our community. Please feel free to contact me if you have any questions or need confirmation about the facts in this letter.

Sincerely,

Gracelyn NeVille

**From:** GraceShiba
**To:** Sarah Fiedler
**Subject:** Janet Buhler's Letter of Character
**Date:** Saturday, February 5, 2022 3:02:15 PM

Grace Shiba

887 Valley View Dr.

Fruit Heights, UT 84037

Grace@shibataekwondo.net

Hello, my name is Grace Shiba, I am 20 years old and the youngest full-time Firefighter/Paramedic for Layton City, Utah. I am also an EMS instructor for Davis Applied Technical College in Kaysville, Utah.

Janet Buhler has been my piano instructor since I was almost 4 years old.  She taught me the perseverance and grit that has been the foundation of my academic success.  I can confidently say that the life lessons I learned in piano helped me earn a spot on The USA Taekwondo National Team and represent our country. I can also say that I am a better EMS instructor because of Janet Buhler's example over the years.

Janet Buhler taught me more than just piano. She taught me how to lead by being a good leader herself and she has taught me how to be kind in instruction while at the same time expecting one's best.  If I injured my hand in Taekwondo, we would proceed with lessons with the other hand so I could experience the lesson and continue to improve. These lessons and principals have carried me through earning my college degree's, Firefighter School, Paramedic School and World Class Taekwondo. I am grateful every day for the influence that Janet Buhler has had on my life.

I would like to thank the court for the opportunity to present this letter of support on Janet Buhler's character and I would be happy to discuss or validate my letter in any way the court sees fit.

Respectfully,


Grace Shiba

Jeffry Joseph NeVille
Doctor of Medical Dentistry

1638 W. Leola Street
Kaysville, Utah, 84037

jeffryneville@msn.com

To Whom it May Concern,

My name is Jeff Neville. I am the current owner and primary dentist of Layton Hills Dental Care.
I am a volunteer college instructor at Ensign College and Weber State University. I serve as the
Sunday School President of our local Church. Currently, my family which includes my wife and
five daughters live in Kaysville Utah. I am writing this letter in behalf of Janet Buhler. We have
been neighbors and have attended the same Church together for the past 14 years. During that
time period, four of my daughters have spent countless hours taking piano lessons from Janet.
Over the years our families have become very well acquainted.

I am writing this letter to give you greater insight and understanding into the character and
personality of Janet Buhler. This information comes after years and years of observation,
interaction and experience. Over the years Janet has served as a tremendous blessing to our
family. She has blessed us with not only her musical talents but more importantly through her
loving kindness and friendship. There is an African proverb that states, "It takes a village to raise
a child." There is truth in that statement. First and foremost, Janet has served as a wonderful
example to our family and more specifically to my daughters. She has not only taught them
piano, but she has loved them, mentored them and created life long relationships that I will
forever be grateful for.

If there is one thing that stands out to me about Janet is that she never settles for mediocrity.
What ever she does, she does well. She puts all of her might, mind and strength into what ever
she is doing. She then uses the gifts and talents she has developed to bless the lives of those
around her. It has been said that the "noblest aim in life is to make others lives better and
happier." If there was a phrase to characterize Janet that would be it for me. Janet strives to make
the lives of those around her better and happier. She is a blessing to our community.

Over the years I have engaged in numerous philosophical, political and religious discussions
with Janet. Much of which we have agreed on and some of which we have not seen exactly eye
to eye on. Regardless of our differences of opinion, Janet has always been respectful and kind as
we have agreed to disagree. During our spirited discussions, I have never witnessed Janet raise
her voice or be combative in any manner, she is a peaceful person.

As far the January 6th Capital incident is concerned, I believe Janet simply got caught up in the
moment and made a poor decision and walked into the Capital building because the doors were
opened to them. Which poses the question, who opened the doors and why were they opened? A
question that needs answering. While there certainly needs to be consequences for our actions, I

also believe in equal justice. During the past two years we have witnessed hundreds of truly violent insurrections throughout our country where communities burned, federal buildings were vandalized, lives were lost, and billions of dollars of damages occurred with little or no consequences. Which leads to all kinds of questions regarding our justice system. While I believe in accountability and justice, I also believe in extending mercy; especially to those who have no history of violence or have had no desire to disobey the laws of the land and who are wonderful people that serve to bless the communities where they live.

Thank you for taking the time to read this. Please contact me if you have any questions regarding the information contained in this letter or in regards to the character of Janet Buhler.

Respectfully,


Jeff NeVille

John Stockton

538 West Sumner

Spokane, WA 99204

509-482-7117


To Whom It May Concern:

My name is John Stockton.  I played 19 seasons as a member of the Utah Jazz in The NBA (National Basketball Association).  I am writing this letter on behalf of Janet Buhler and her character.  I have known Janet for approximately 17 years.   She married one of my closest friends, Dr. Craig Buhler, who was the Jazz's team Chiropractor at the time.  More than anyone, other than my family and teammates, I spent time working with Craig to prepare and maintain my body throughout the rigorous NBA schedule every year.  Janet comes from a family dedicated to health and well-being.  Four generations of chiropractic, and naturopathic doctors have made caring for people a lifestyle in their household.  She has always supported and encouraged their efforts as well as their mission to heal.  She has graciously understood the long hours Craig spent working and traveling with The Jazz and me, as well as his full schedule of patients at two clinics.  He has flourished with her by his side.  Together they are a credit to their community.

Janet Buhler is one of the kindest people I have ever known.  She has spent a lifetime helping her family, including her husband, care for their patients.  She goes to church regularly, volunteers at the homeless shelter, and teaches music endlessly, piano and violin, to children in her own home.  In addition, she teaches fashion design and helps young people progress in the fashion field while growing her own business as a designer.  In short, she is an ARTIST, and a caring one at that.  She cares about helping young people make beautiful things.  I have spent time with her in social settings, public settings, at public events and in our private home.  I have never heard her raise her voice, or confront anyone.  In fact, she is quite reserved.  She is intelligent and good company.  I frankly can not imagine that Janet could knowingly break the law, nor be involved in anything destructive, ever, no matter the situation.  In my opinion, Janet Buhler is a quality person of high character.

I sincerely hope that this letter is helpful in assessing the high-quality character of Janet Buhler.  Thank you for taking the time to read it.  I can be reached at the address and phone number above if The Court would like to follow up, in any way, on what I have written.


Sincerely,


John Stockton

Kassida Bouck
1392 West 475 South
Farmington, UT 84025

801-498-0752
kassidabouck@gmail.com


To Whom it May Concern:

My name is Kassida Bouck.  I have been a piano student of Janet Buhler's for 13 years. Janet has been a positive influence in my life.  She has been consistent in helping me to become the best that I can be.  She has helped me with my anxiety, and I have been able to become a great pianist.  She has directed me in my path of becoming a musician.  She has helped me with auditioning to several colleges, camps, choirs, and other music opportunities.

Right now, Janet is continuing to help me prepare and audition for music programs at several different colleges. She has written several great letters of recommendations for me and has provided extra lessons and help so I am at my best.  This is a critical time for preparing for these auditions and my lessons with Janet need to be consistent and without interruption.

Thank you for your time and consideration in Janet Buhler's behalf.  I am available to answer any further questions you may have on the facts in this letter, as necessary.

Sincerely,
Kassida Bouck

Maggie Shiba
887 Valley View Dr.
Fruit Heights, UT 84037


To whom it may concern:

My name is Maggie Mieko Shiba, I am 15 years old, and Janet Buhler has been my piano teacher since I was 4. I have known Miss Janet (as I call her) since I was a baby as my sister took lessons from her before I began my lessons.

I am writing this letter to let you know how important Miss Janet is to me in my life right now. Miss Janet has been a great teacher and person to me for as long as I can remember. In addition to living through a pandemic like everyone else, I have had major surgery on both my hips and have also been dealing with racism at school. I am Japanese-Caucasian and I stand out in my school in big time for the way I look.   Miss Janet is always an encouraging teacher that has always provided a positive environment where I can feel safe while learning piano. On some of my worst days she has been there for me as a consistent dependable person in my life. She holds me to a high standard while always being kind and fair.

Thank you for letting me tell you about my teacher Miss Janet!


Sincerely,

Maggie Mieko Shiba

**Meagan Cannon**

1519 South Appaloosa Avenue
Kaysville, Utah 84037
(801) 699-4489
meagan.cannon@gmail.com

2 February 2022

To Whom it May Concern:

My name is Meagan Cannon and I live in Kaysville, Utah, near Janet Buhler.  My daughter, Eliza, has been taking violin lessons from Mrs. Buhler for over 7 years. We have enjoyed weekly lessons, Suzuki Camps, and recitals with Mrs. Buhler throughout the years.

Mrs. Buhler has asked that I write a character reference letter for her and it is a privilege for me to do so.

Eliza is a 7th grader and is currently enrolled in an online Independent Music Studies Course. This course requires communication between Mrs. Buhler and the online teacher, as well as weekly in person lessons. This has been a great opportunity for Eliza to work with Mrs. Buhler while receiving school credit. We are grateful for the time and encouragement from Mrs. Buhler and we know there are more students who are benefiting from similar experiences. She is always willing to attend school, church, and private gatherings to accompany Eliza, as well as her others students. Mrs. Buhler is professional, honorable, patient, kind, and extremely knowledgeable in her musical abilities.

Thank you for your time. I am available to confirm any of the information in this letter as necessary.

Sincerely,

Meagan Cannon

Megan Brady

2781 West 1075 South Syracuse, UT 84075

801-499-4319

Meganbrady7@gmail.com


To Whom It May Concern:

My name is Megan Brady and I have known Janet Buhler for 13 years. I first met Janet when she became my brother and sister's piano teacher. She quickly became a close family friend. I believe that everyone that knows Janet will express these same sentiments.

I jumped at the opportunity to share what my experience has been as a friend of Janet. As mentioned above my siblings had the opportunity to learn with Janet and I wanted my kids to have the same opportunity. At an early age my daughter started exhibiting signs of anxiety. The process of selecting teachers or coaches was more in depth. When my daughter showed an interest in wanting to play the piano I knew exactly who I wanted to take her to. From first to six grade my daughter has had the privilege of attending lessons with Janet. Not only has Janet cultivated a love of music for my daughter, we have also seen in times of high anxiety or stress our daughter turn to the piano.  This outlet would not have been possible without the love, compassion and patience from Janet.

This type of relationship does not come easily to our daughter. This past year we moved twenty minutes away but we still happily make the drive each week to see Janet. The love and concern for our daughter has also grown to include me and the rest of our family. Three years ago I was diagnosed with MS. Janet was one of the first people who offered their help, resources and connections to help me navigate a new and scary diagnosis. Our interactions are not limited to just piano lessons but include multiple text messages and phone calls throughout the week inquiring about my wellness. I wish I could say that this level of care was unique to just me, however I have learned over the years that this is the way Janet approaches all her relationships.

I want to thank the court for talking the time to read my thoughts and feelings of my dear friend Janet. I know after reading these letters you will feel the same way we all feel about Janet. Thank you.


Sincerely,


Megan Brady

**Sarah Fiedler**

**From:** PK Dallimore <pkdallimore@gmail.com>
**Sent:** Thursday, January 27, 2022 12:46 PM
**To:** Sarah Fiedler
**Subject:** Janet Buhler Reference

To whom it may concern,

Hello my name is PresLeigh Dallimore. I am 17 years old and I am writing this letter as a character reference for Janet Buhler. I have known Janet for almost 10 years. She is a very important mentor in my life. I get to see her almost every Saturday morning for piano lessons. She has taught me so much and I personally feel as if she helped me become who I am today. Janet has an incredible way of teaching. She has always been able to help me understand complicated music concepts and she knows much about music that it amazes me every time. We also share a love of cats and I was with her when she lost her cat Harry Wiston and made a video for her. With what is happening right now with her case I sincerely believe she regrets what she did. I was so shocked when she told me what happened. I could never in a million years believe that happened. Janet would never do something illegal or destructive like some of the other people. I feel like there were two groups of people at the capital that day and Janet was one who was just peacefully following the people in front of her. I really hope that Janet does not have to serve any jail time. I really need her in my life as a teacher, mentor and friend.

Thank you for your consideration,

PresLeigh

Ramona Stirling, Director of the Intermountain Suzuki String Institute
1723 Ensign Bay
Cottonwood Heights UT 84121
801-231-0718
ramona@shire.net


To whom it may concern:

I have known Janet Buhler for about 28 years.  I taught her children violin lessons for at least 12 years and have known her professionally.  She is a fellow violin and piano teacher in the Suzuki method.  She is also a talented fashion designer and has provided costumes for my performing group for the last 20 years.  I am close to her children and spend time with them and Janet.  She has spent hundreds of hours in my home and shared her many talents with me.   I have attended music teacher conventions with her and she and her daughter have traveled with my violin student performing group.

Janet Buhler is a leader in our community.  In my frame of reference she served for 3-4  as the president of the Suzuki Association of Utah (about 2016-1019), an organization of hundreds of teachers and over 1,000 families and probably over 4,000 children who study music.  She selflessly gave hundreds of hours of unpaid time to operate this organization.  Her job included running board meetings, workshops, and concerts that served all of these people, with only extremely minimal financial reward, really none. Janet also teaches music lessons to many children every week, and has for at least 20 years, likely longer.  She also has a second career sharing her incredible talents in the field of fashion design with the students at SLCC.  She is incredibly busy doing good things.  I have had nothing but the most positive interactions with Janet Buhler, and politics never have come up in any of them. I can not see her doing anything but good for society.  She is a church going, mild mannered woman with great gifts to share, and share them she does.

I hope that this letter helps you to understand the integrity and outstanding qualities of Janet Buhler.  You are welcome to contact me at the numbers and email above if needed.


Sincerely,

Ramona Stirling

Director of the Intermountain Suzuki String Institute
Director of the Rocky Mountain Strings performing group

Rozlyn NeVille (18 Years Old)
1638 Leola Street, Kaysville, UT, 84037
385-251-8153

rozlynneville@yahoo.com
To Whom It May Concern:

In a world where change is constantly prevented by gridlock, it seems that our leaders struggle to get anything done. Margaret Thatcher famously declared, "If you want something said, ask a man; if you want something done, ask a woman." Janet Buhler is the quintessential example of getting something done. She is constantly working to better herself by dedicating her time to developing her talents. Janet has showcased that women can be great mothers and still find self-fulfillment. Throughout the time of our acquaintance, I have found Janet Buhler to be talented, determined, and hardworking.

Janet Buhler has been my neighbor, my piano teacher, and my friend for a very long time. Initially, I was a bit skeptical when I changed piano teachers at age twelve, but I quickly realized what an amazing woman Janet Buhler is. She has inspired me to become more independent and has taught me that a woman can be a homemaker and a boss business lady simultaneously. Janet is a woman of many talents, and she uses these talents to benefit others. Janet teaches piano by playing at the same time as her students. This was a technique unfamiliar to me, but I found that it greatly improved my skills. When a piano lesson isn't going on, you'll find Janet practicing the piano, seeking to develop her musical talent. Through association with Janet, I have become much better at the piano and have also learned the organ. The piano has become a safe haven for me and a key way that I feel the Spirit. Janet's talents bless others in the community as she teaches lessons and also performs in Church.

Janet has a host of other talents. Not only is Janet an amazing pianist, she can also sew like no other! Every time I see her, I expect that she made at least part of her outfit. She made her daughters' wedding dresses, and the dresses were stunning. While I haven't quite become a fashionista, I always appreciate Janet's spunky style Janet uses her talent with sewing to benefit others. Janet teaches fashion at Salt Lake City Community College. She also runs a fashion business called Anna Rewick, and I got the cutest jacket from her company for Christmas. Janet also donates large portions of her time and sewing talents to making vests for homeless people. In addition to piano and sewing, Janet is a fantastic cook. When my mom got knee surgery, Janet brought over a delicious meal without being prompted. It was an unforgettable act of kindness. Janet is also incredibly active and seeks to take care of her physical body. She competes in Tai-Kwan-Do tournaments, which still blows my mind. Overall, Janet is an incredibly talented member of society who seeks to share her talents to benefit others.

As I got to know Janet, I started to greatly appreciate her advice and wisdom. I have found our difference in age a great blessing. Janet has influenced the decisions I make and has talked me through difficult situations. She is

rational and honest. I love conversing with her and have always felt that she treated me as an equal. Janet has encouraged me to pursue my dreams, while still being grounded in reality. She has become a trusted confidant and one of my biggest role models. Janet is very knowledgeable on a range of subjects and is extremely capable. Janet can do anything she sets her mind to. I am constantly impressed with her ability to get things done and her perseverance to see things through. I am lucky to call this amazing woman my mentor and my friend.

I am grateful for the opportunity I had to reflect on Janet Buhler's influence on my life. She is a light in my life. If given the chance, I would gladly testify of these things in court.

Sincerely,

Rozlyn Janine NeVille

**Sarah Fiedler**

**From:**         Wendy Hurst Dallimore <wendyhurstdallimore@yahoo.com>
**Sent:**         Thursday, January 27, 2022 1:24 PM
**To:**           Sarah Fiedler
**Subject:**      Janet Buhler Letter

To Whom it May Concern,

My name is Wendy Dallimore. I am from Ogden, Utah. I am a retired RN and current stay at home wife and mother.

I have known Janet Buhler for nearly 10 years. She teaches both of my daughters piano and we see here every week.

Janet is an integral part of our family. She has been pivotal in our musical education and will forever be considered a beloved mentor and friend. We all admire her and are amazed by her vast talents. Over the years we have come to spend the first 10-15 minutes of our lessons catching up, sharing stories and swapping fashion ideas. We also love cats! My girls are obsessed with her cat Miu Miu and were absolutely devastated when her cat Harry Winston passed. My younger daughter recently wrote an essay for her orchestra class and it was inspired by Janet and her staggering knowledge of famous composers, including eccentric histories and anecdotes.

She is also inspiring in her sewing and design abilities. She has supported herself with music and sewing in so many ways and yet has never stopped learning as well. She continues in piano and violin studies as well as advanced sewing and embroidery.  She has taken her sewing talents and contributed to the needy with a charity that provides vests to the homeless. We have seen her speak very passionately about this effort specifically.

When Janet told us that she was at the capitol on Jan 6th, we were shocked. She is such a quiet, reserved individual. It seemed quite out of character. And as she shared her experience with us, it became evident that she most definitely was in the group that was not violent, did not bring weapons and had no intention of any vandalism. As my daughters and I have watched her go through this process, we have seen her really suffer with intense regret.  She has taken the process very seriously and wants to put it behind her, having learned a valuable lesson.

Fun fact—I am a liberal. I voted for Biden, I'm pro-choice and own a Prius!  I would never have seen myself advocating for an "insurrectionist" and yet here I am. It would be a shame for Janet to serve time. It would be a blow to my family and specifically her son who depends on her to stay mentally healthy and substance free.
She may seem like a person of privilege, but she has worked for that- balancing teaching and teaching and continuing her own education. Her work ethic is impressive.

Thank you for your time and consideration.

Wendy Dallimore
801-675-9620

Sent from my iPhone