IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-cr-510 (CKK) |
| | ) | |
| | ) | |
| JANET BUHLER, | ) | |
| | ) | |
| Defendant. | | |

## NOTICE TO THE COURT OF DEFENSE COUNSEL'S UNAVAILABLITY ON MOTION FOR EARLY TERMINATION OF PROBATION AND FOR RETURN OF HER PASSPORT

Undersigned counsel is going into a two week J6 trial starting May 28, 2024 and will be unavailable for a hearing (not that one is necessary) on the above mentioned motion during that time. The motion is ripe for review at this time as both parties have filed their positions. As noted in the motion, defendant Buhler is trying to plan an overseas work and personal trip. She cannot complete her trip without the passport which undersigned counsel understands the government's position to be one of deferral to the Court.

Respectfully submitted,

/s/ *Kira Anne West*
Kira Anne West
DC Bar No. 993523
712 H Street, N.E., Unit #509
Washington, D.C. 20002
(202) 236-2042
kiraannewest@gmail.com

1

2

Certificate of Service

I certify that a copy of the forgoing was filed electronically for all parties of record on this 23rd  day of May, 2024 at 7 am.
　　　/s/   Kira A. West
Kira Anne West